IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 16-2924-MCA |
| ) | |
| JORGE CHACON, ) | |
| ) | |
| Defendant. ) | |

ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter having come before the Court on the motion of the United States to dismiss Counts 1, 3, 4, 5, 6 & 7 of the Indictment without prejudice, against Defendant JORGE CHACON, and the Court being fully advised in the premises, and based upon interests of justice,

IT IS HEREBY ORDERED that Counts 1, 3, 4, 5, 6 & 7 of the Indictment is hereby dismissed as against Defendant JORGE CHACON, without prejudice.

_____
M. CHRISTINA ARMIJO
United States Chief District Judge