March 25th, 2019

The State of New Mexico, Plaintiff

vs.

Jorge Chacon, Defendant

Docket No. All current charges

To the Honorable Court,

I, Jorge Chacon, the defendant, am hereby notifying the State of New Mexico on this day, March 25th, 2019 of my location. I am in Federal custody and the county of Bernalillo, has known this for some time. I am telling the State of New Mexico to extradite me back to be heard on pending charges, pursuant to §11.3.1

Respectfully submitted on March 25, 2019.

Jorge Chacon # 88466051
United States Penitentiary
P.O. Box 5000
Yazoo City, Ms 39194

Jorge Chacon #88466051
PO Box 5050
United States penitentiary Yazoo
Yazoo city, MS 39194

⇦88466-051⇨
Pete V Domenic Courthouse
333 S #270 Lomas BLVD NW
Albuquerque, NM 87102
United States

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 28 2019

MITCHELL R. ELFERS
CLERK

87102-252470